

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00194-CV

Jerry A. **GUZZETTA**,
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

## O R D E R

Appellant's reply brief was due on February 2, 2023. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed an unopposed motion for an eight-day extension of time to file the reply brief. On February 10, 2023, Appellant filed the reply brief.

Appellant's motion is granted; the reply is accepted as timely. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court